## THE UNITED STATES, PLAINTIFF v. ZALEGMAN PHILLIPS.

After a writ of error had been taken out to this court, in an indictment found and tried in the circuit court for the eastern district of Pennsylvania, a nolle prosequi was entered in that court, by order of the president of the United States, and a copy of the same having been filed in the office of the clerk of the supreme court, the court, on motion of the attorney-general, dismissed the cause.

MR ATTORNEY-GENERAL, of counsel for the plaintiff, having informed the court that a nolle prosequi had been entered in this cause in the circuit court of the United States for the eastern district of Pennsylvania, agreeably to instruction from the president of the United States, of which a copy has been filed in the office of the clerk of this Court, and which was read in open Court, now here moved the Court to dismiss this cause; on consideration whereof, it is ordered by this Court, that this cause be, and the same is hereby dismissed.